UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| TY LEE POWELL | )  CASE NO.   04-15055 |
| JESSICA MICHELLE POWELL | ) |
| | ) |
| Debtors | ) |

### ORDER DENYING PAYMENT OF FUNDS

At Fort Wayne, Indiana, on  October 28, 2009.

This matter is before the court on an application for payment of unclaimed funds that have been deposited with the clerk of this court.  To obtain such funds the applicant is required to demonstrate "full proof of the right thereto." 28 U.S.C. § 2042.  This court's local rule B-3011-1 provides guidance as to how that demonstration can be made.  See, N.D. Ind. L.B.R. B-3011-1.  See also, In re Chochos, 2007 WL 1810556 (Bankr. N.D. Ind. 2007).  The present motion fails to make a sufficient demonstration of the applicant's right to the funds in question.

The motion does not adequately demonstrate that the applicant has a present entitlement to the funds.  N.D. Ind. L.B.R. B-3011-1(b).  The funds in question were deposited for the use and benefit of Fleet Credit Card Services.  While the applicant, Bank of America, claims to be the parent company of Fleet Credit Card Services, by itself, that is not sufficient to entitle it to collect funds deposited for its subsidiary, see, In re Applications for Unclaimed Funds Submitted in Cases Listed on Exhibit "A", 341 B.R. 65, 70 (Bankr. N.D. Ga. 2005); In re Chochos, 2007 WL 1810556 *2 (Bankr. N.D. Ind. 2007); In re O'Boise Corp., 2009 Bankr. LEXIS 79 (Bankr. N.D. Ind. 2009), and the applicant has advanced no other basis for its right to do so.  The court would also note that the notice which accompanied the motion asks that objections be mailed to an address for the clerk's

office which is incorrect.

The motion for payment of funds, filed by Bank of America Corporation, on September 22, 2009, is DENIED, without prejudice.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court