# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−1 | User: sfinnegan | Date Created: 10/28/2009 |
| Case: 04−15055−reg | Form ID: pdf004 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Ty Lee Powell            1651 W. 4th ST.         Marion, IN 46952
jdb        Jessica Michelle Powell       1651 W. 4th ST.    Marion, IN 46952
cr         Bank Of America      Recovery Solutions     525 North Tyron      Charlotte, NC 28255
```

TOTAL: 3